AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Ray                                               **JUDGMENT IN A CIVIL CASE**

v.                                                Case Number: 03 C 3157

Citigroup Global

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendant's motion for summary judgment. All other pending motions are terminated. The Clerk is directed to enter judgment in favor of the defendants.

                                                     Michael W. Dobbins, Clerk of Court

Date: 10/18/2005                  /s/ Olga Rouse, Deputy Clerk