# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

Date: April 12, 2007

BEFORE:    Honorable KENNETH F. RIPPLE, Circuit Judge

             Honorable MICHAEL S. KANNE, Circuit Judge

             Honorable DIANE P. WOOD, Circuit Judge

No. 05-4362

SHERWIN I. RAY, CAREPLUS MANAGEMENT, INCORPORATED, CHICAGO CHESED FUND, et al.,
       Plaintiffs - Appellants

v.

CITIGROUP GLOBAL MARKETS INCORPORATED, formerly known as SALOMON SMITH BARNEY, INCORPORATED, CITIGROUP, INCORPORATED, and JOHN H. SPATZ,
       Defendants - Appellees

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division
No. 03 C 3157, Matthew F. Kennelly, Judge

     The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

(1061-110393)

A True Copy:
Tester:
Clerk of the United States
Court of Appeals for the
Seventh Circuit